UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Larry Stolz as Personal Representative of the Estate of Edna Wenzel; and Jean Andal, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>Ability Insurance Company, f/k/a Medico Life Insurance Company, Ability Resources, Inc., Ability Reinsurance Holdings Limited, a Bermuda Limited Company, Ability Reinsurance Limited, a Bermuda Limited Company, and Medico Insurance Company.<br><br>Defendants. | Civ. No. 10-4047<br><br>**PLAINTIFFS' MOTION TO DISMISS** |

COMES NOW, Larry Stolz as Personal Representative of the Estate of Edna Wenzel; and Jean Andal, on her own behalf, Plaintiffs, and hereby move the Court for an order dismissing the above entitled action, with prejudice and without costs to either party.

Plaintiffs are authorized to state that Defendants join in this motion. Due to the nature of the motion, Plaintiffs do not submit a memorandum of law.

Dated this 2nd day of December, 2011.

ABOUREZK LAW OFFICE

By /s/ Michael Abourezk
Michael Abourezk
Alicia Garcia
Attorneys for Plaintiff
2020 W. Omaha St.
Rapid City, SD 57702
(605) 342-0097
mike@abourezk.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 2, 2011, he served a copy of this legal document upon the persons herein designated, all on the date below shown, by electronically filing a copy of the same via the ECF filing system.

Gregory J. Erlandson
Terry G. Westergaard
Daniel F. Duffy
Attorneys for Defendants
PO Box 2670
Rapid City, SD 57709
(605)343-1040
gerlandson@bangsmccullen.com
twestergaard@bangsmccullen.com
dduffy@bangsmccullen.com

which e-mail addresses are the last addresses of the addressees known to the subscriber.

/s/ Michael Abourezk
Michael Abourezk
