UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY STOLZ, as Personal Representative of the Estate of Edna Wenzel, and JEAN ANDAL, on her own behalf, | ) ) ) ) ) | CIV. 10-4047-KES |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER GRANTING PLAINTIFFS' MOTIONS TO DISMISS |
| ABILITY INSURANCE COMPANY, f/k/a Medico Life Insurance Company; ABILITY RESOURCES, INC.; ABILITY REINSURANCE HOLDINGS LIMITED, a Bermuda Limited Company; ABILITY REINSURANCE LIMITED, a Bermuda Limited Company; and MEDICO INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| MABEL de JONGE, | ) ) | Civ. 10-4088-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ABILITY INSURANCE COMPANY, f/k/a Medico Life Insurance Company; ABILITY RESOURCES, INC.; ABILITY REINSURANCE HOLDINGS LIMITED, a Bermuda Limited Company; ABILITY REINSURANCE LIMITED; and MEDICO INSURANCE COMPANY; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs, Larry Stolz, personal representative to the Estate of Edna Wenzel, Jean Andal, and Mabel de Jonge, move to dismiss these consolidated cases. Defendants have no objection. It is

ORDERED that the motions (Docket 168 and 49) are granted. These cases are dismissed with prejudice and without costs to either party.

Dated December 13, 2011.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        CHIEF JUDGE